# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,
               Plaintiff,

      v.                                                                 Case No. 09-CR-196

DERRICK AVERY AND
SHAMIKA EVANS,
               Defendants.

## SCHEDULING ORDER I

On October 14, 2009, the court conducted a status/scheduling conference to discuss efficient case management. Appearing on behalf of the government was Assistant U.S. Attorney Joseph Wall. Appearing on behalf of defendant Avery was attorney Michael Steinle and attorney Susan Karaskiewicz for defendant Evans.

Specifics regarding discovery and management of this case were discussed. The government informed the court that, at present, it has approximately 25,000 pages of discovery; the investigation continues and a superseding indictment is anticipated by November 10, 2009. To date, defense counsel have only been provided with a small portion of the discovery available and are in no position to realistically assess the case.

Based on the information provided, **IT IS ORDERED**:

1. The government shall provide to counsel the approximately 25,000 pages of discovery, in redacted form, no later than **October 19, 2009.**

2. The government is to submit to the court by **October 21, 2009**, a proposed protective order, together with a legal memorandum regarding issues concerning the release of unredacted materials, to

defense counsel and others. The government should be prepared to provide the unredacted discovery to defense counsel as soon as the court enters a protective order.

3.  An in-court conference for counsel only will be held on **November 18, 2009** at **9:30 a.m.** to discuss the status of this matter and further scheduling.

**IT IS FURTHER ORDERED,** this case has now been denominated as complex and, therefore, pursuant to 18 U.S.C. § 3161(h)(8)(B)(i)(iv), the period of time until November 18, 2009 shall be excluded from the calculation of time limits under the Speedy Trial Act.

The final pretrial and trial dates of November 24 and December 7, 2009 have been **removed** from Judge Adelman's calendar.

SO ORDERED.

Dated at Milwaukee, Wisconsin, this 15th day of October, 2009.

BY THE COURT:

s/AARON E. GOODSTEIN
United States Magistrate Judge