UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

      Plaintiff,

  v.                                  Case No. 09-CR-196

DERRICK AVERY and
SHAMIKA EVANS,

      Defendants.

## GOVERNMENT'S MOTION FOR A PROTECTIVE ORDER
## UNDER 18 U.S.C. § 3509(d)

      Plaintiff, United States of America, hereby moves for an order stating that the privacy protection measures mandated by 18 U.S.C. § 3509(d) when a case involves a person under the age of eighteen years who is alleged to be a victim of a crime of sexual exploitation, or a witness to a crime committed against another person, apply to this case. This motion is based on the accompanying Memorandum of Points and Authorities, and the files and records of this case.

      Dated at Milwaukee, Wisconsin, this 21st day of October, 2009.

                                  Respectfully submitted,

                                  MICHELLE L. JACOBS
                                  United States Attorney

                    By:

                                  s/JOSEPH R. WALL
                                  Joseph R. Wall Bar Number: 1009796
                                  s/MELVIN K. WASHINGTON
                                  Melvin K. Washington Bar No. 1016020

Assistant United States Attorneys
Attorneys for Plaintiff
Office of the United States Attorney
Eastern District of Wisconsin
517 East Wisconsin Avenue, Room 530
Milwaukee, WI 53202
Telephone: (414) 297-1700
Fax: (414) 297-1738
E-Mail: Joseph.Wall@usdoj.gov
E-Mail: Melvin.Washingtoin@usdoj.gov