# United States District Court

### EASTERN DISTRICT OF WISCONSIN

## COURT MINUTES

| | |
|---|---|
| HON. **Aaron E. Goodstein**, presiding. | Deputy Clerk: Karen |
| DATE: **November 18, 2009** | Court Reporter: |
| CASE NO. **09-CR-196** | Time Called: **9:36:44** |
| UNITED STATES v. **Derrick Avery and Shamika Evans** | Time Concluded: **10:10:43** |
| PROCEEDING: **In-Court Status/Scheduling Conference** | |
| UNITED STATES by: **Joseph Wall** | |
| ATTORNEY: **Nishay Sanan (Appointed and Susan Karaskiewicz (Appointed)** | |

Crt. gives background of matter. AUSA Wall informs crt. of status of matter. There have been problems with the scanning of discovery. To date, counsel have not received any further discovery since the 10/14/09 hrg. - 2 discs given to counsel. Atty. Sanan will receive discovery today. Govt. estimates a total of 100,000 pages but not all relate to this matter. Paper copies of documents currently available in the U.S. Attorney;'s Office. Discovery may be available in a couple of weeks. Govt. aware that the court ordered discovery disseminated to counsel by 10/19.

Govt. also states that the superseding indictment will not be returned until 12/8. The discovery as to the original indictment and "human trafficking" count has been given to counsel - 2 discs. The S.S. indictment will add more counts but will be limited to human trafficking and money transaction. IRS had an extensive investigation. Govt. states that counsel may review the paper materials and request any copies they may need. Govt. indicates that it will try to have discovery available by 12/9 (S.S. indictment anticipated 12/8).

Parties state that current discovery not placed at institutions where defts. are located. AUSA Wall states he will provide information to defts.

Crt. orders the following: All of "human trafficking" unredacted discovery is to be scanned and made available to defense counsel no later than 12/9/09. The redacted version of this discovery shall be placed at the institutions by 12/16/09. The balance of all discovery is to be available by 12/31/09. The discovery already given to counsel (2 discs) are to be made available at the defts.' institutions promptly. The S.S. Indictment is to be returned by 12/8/09.

A status/scheduling conference, for counsel only, set for 1/5/10. Parties should be prepared to discuss the nature of anticipated motions, and to set a motion filing schedule. Crt. w/continue exclusion of time under the speedy trial act.

Crt. addresses pro se motions filed by deft. Atty. Sasan states motions filed before he became counsel. Crt. w/dismiss without prejudice the deft.'s motions in opposition for sealing, motion to proceed pro se at conferences;;motion for bill of particulars; and motion to dismiss complaint.

Atty. Sasan requests that deft.'s Motion for Bail Review and Amended Motion for Bail Review be withdrawn. Crt. w/grant request.

Counsel addresses interim vouchers - crts. advises that any requests should go before Judge Adelman.