2/10/2010

UNITED STATES OF AMERICA,
    VS.
DERRICK AVERY

DOCKET No. 9D-CR-196
JUDGE ADELMAN

## Defendant's Motion to Suppress Evidence

Your Honor,

    I would like to suppress all evidence since my fourth, fifth, sixth, and fourteenth amendment rights have been and are still being violated. Although I have made complaints to my attorney, Kenosha County Detention Center, and after Judge Goodstein advised the US Attorneys and US Marshalls to look into my complaint on January 5, 2010 concerning my legal mail not being sealed in front of me my mail is still not being sealed, that is, legal mail. Also, I still do not have access to my discovery. Upon several requests, per Kenosha County Detention Center's rule book, I have only received my discovery three times since January 6, 2010 until present. I am asking the court to award me a private investigator to help further assist me in my case.

                      Sincerely,
                      Derrick Avery (Dreller)